# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2020

By ECF

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

**Re: United States v. Orestis Argyris, 18 Cr. 547 (SHS)**

**MEMO ENDORSED**

Dear Judge Stein:

I write on consent of the Probation Office and the Government to respectfully request a 30-day adjournment of the March 19 VOSR conference (and the March 12 submission deadline). As the Court knows, at the last conference the parties discussed the possibility of alternative treatment providers and the defense was tasked with gathering information on such providers to present to the Probation Office and the Government. The defense is still gathering that information, and the requested adjournment (our first) should allow sufficient time to complete this process.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: AUSA Micah Fergenson (by ECF)
PO Brian Kelly (by email)

*The violation proceeding is adjourned to April 21 at 2:30 pm. Defense submission is due by April 14.*

SO ORDERED 3/10/2020

SIDNEY H. STEIN
U.S.D.J.