UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                 18-Cr-547 (SHS)

   -v-                                    ORDER

ORESTIS ARGYRIS,

        Defendant.

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the violation proceeding scheduled for April 21, 2020, is adjourned to June 9, 2020, at 2:30 p.m.

Dated: New York, New York
       March 26, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.