UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-547 (SHS) |
| -v- | : | ORDER |
| ORESTIS ARGYRIS, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     A violation of supervised release hearing will take place as a videoconference via Skype on September 9, 2020, at 3:30 p.m. The Skype link will be emailed to all participants. To optimize use of the Court's video conferencing technology, all participants in the call must:

     Use a browser other than Microsoft Explorer to access Skype for Business;

     Position the participant's device as close to the WiFi router as is feasible;

     Ensure any others in the participant's household are not using WiFi during the period of the call;

     Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

     If there is ambient noise, the participant must mute his or her device when not speaking.

Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 1-917-933-2166 and entering the Conference ID number 574808004.

Dated:  New York, New York
           September 4, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.