UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Orestis Argyris

Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

18-CR-547 (SHS)

Defendant <u>Orestis Argyris</u> hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or ____ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

__X__ Conference Before a Judicial Officer

/s/ Orestis Argyris
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Jonathan Marvinny
Defendant's Counsel's Signature

Orestis Argyris
Print Defendant's Name

Jonathan Marvinny
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Dated: New York, New York
         September 8, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.