**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 10, 2020

By ECF

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

**Re:  United States v. Orestis Argyris, 18 Cr. 547 (SHS)**

Dear Judge Stein:

I write **with the consent of the Probation Office and the Government** to respectfully request that the Court modify Mr. Argyris's conditions of supervised release to permit travel within the Southern District of New York. He is currently restricted to his district of residence (the Eastern District of New York). I make this request because Mr. Argyris's family hopes to take him on occasional recreational excursions (including hikes and other activities) in the counties north of New York City that fall within the Southern District of New York.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   AUSA Micah Fergenson (by ECF)
      PO Brian Kelly (by email)

**Application granted.**

**Dated:** New York, New York
September 10, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.